UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08683
   LAURA L MOYA

                                    CHAPTER 13

                                    JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4280

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/11/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.

   3.  The Debtor paid a total of $   638.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICREDIT | SECURED VEHIC | .00 | .00 | 621.41 |
| ADULT PEDIATRIC ORTHOPED | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| QUALITY PRO CLEAN GASOLI | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT OF IL N | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
-------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 621.41 | .00 | .00 | .00 | 621.41 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 621.41 | .00 | .00 | .00 | 621.41 |

The Debtor's attorney, GARY N FOLEY            , was allowed $  3500.00
and was paid $   252.00  direct and $     .00  through the plan.

The Trustee received $     16.59 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE


                          PAGE   2
        CASE NO. 07 B 08683 LAURA L MOYA